FILED
U.S. DISTRICT COURT

2015 JAN 12  ᗡ 2: 28

DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ROBERT J. ANDRES,<br><br>           Defendant. | ORDER OF FORFEITURE<br><br>Case No. 2:11CR00985-RJS-PMW<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Paul M. Warner |

IT IS HEREBY ORDERED that:

1. As a result of a plea of guilty to Wire Fraud (Count I) of the Indictment for which the government sought forfeiture pursuant to 18 U.S.C. § 981(a)(c), the defendant Robert J. Andres, shall forfeit to the United States all property, real or personal, that is derived from, used, or intended to be used in violation of 18 U.S.C. § 1343, including but not limited to:

- A Money Judgment in the amount of $3,291,310.39

2. The Court has determined that based on being found guilty of Wire Fraud, the above-identified property is subject to forfeiture, that the defendant had an interest in the property, and that the government has established the requisite nexus between such property and such offense;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

3. Pursuant to 18 U.S.C. § 981(a)(c), and Rule 32.2(b)(1), Federal Rules of Criminal Procedure, the Defendant shall forfeit to the United States $3,291,310.39.

4. Pursuant to Rule 32.2(c)(1), no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment.

5. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

6. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this order of forfeiture to substitute property having a value not to exceed $3,291,310.39 to satisfy the money judgment in whole or in part.

7. The Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

Dated this 8th day of January, 2015.

BY THE COURT:

ROBERT J. SHELBY
United States District Court Judge

(Andres)